IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HAROLD J. BECK,** | : | CIVIL ACTION NO. 1:07-CV-0294 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MONROE COUNTY CORRECTIONAL** | : | |
| **FACILITY et al.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 27th day of March, 2007, upon consideration of plaintiff's motions for appointment of counsel (Docs. 17, 21), and it appearing that, at this early stage in the proceeding, plaintiff is capable of properly and forcefully prosecuting his excessive force and denial of medical care claims, and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues, nor requires factual investigation or the testimony of expert witnesses, see <u>Montgomery v. Pinchak</u>, 294 F. 3d 492, 499 (3d Cir. 2002) <u>see</u> <u>Tabron v. Grace</u>, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motions (Docs. 17, 21) are DENIED. If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.  <u>See</u> <u>id.</u>

                                          S/ Christopher C. Conner
                                         CHRISTOPHER C. CONNER
                                         United States District Judge